UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN FLEMING, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>U.S. DEPARTMENT OF HOMELAND )<br>SECURITY, et al., )<br>)<br>Defendants. ) | CIVIL ACTION<br>NO. 21-10593-PBS |

## **ORDER ON DEFENDANT'S MOTION TO COMPEL**

This matter is before the court on the "Defendant's Motion for an Order to Compel Plaintiff to Comply with the Labeling and Organizing Requirements of Rule 34" (Docket No. 34). After consideration of the parties' written submissions and their oral arguments, the motion is ALLOWED as follows:

1. By **June 22, 2022**, the plaintiff shall identify any audio files that he believes are relevant and that he may rely on in this case. The plaintiff shall include, to the extent such information is available, the date and time when the audio files were recorded or any other information to enable the defendant to locate the recording. Unless otherwise ordered by the court for good cause shown, the plaintiff will be precluded from using any audio recordings in connection with any summary judgment pleadings or at trial unless it has been identified in accordance with this order.

2. By **June 22, 2022**, the plaintiff shall provide a description and the source of the documents produced in response to the defendant's document requests. Additionally, the plaintiff shall identify the requests to which the documents are responsive.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: June 8, 2022